UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY JOAN CARBONELL,<br><br>                  Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                  Defendant. | No. CV 15-1765 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order filed concurrently herewith.

DATED: August 31, 2017

                                                              /S/FREDERICK F. MUMM
                                                              FREDERICK F. MUMM
                                                         United States Magistrate Judge